## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BROADCAST MUSIC, INC. et al.,** : | |
| Plaintiffs : | |
| : | No. 1:14-cv-00449 |
| v. : | |
| : | (Judge Kane) |
| **KUJO LONG, LLC, et al.,** : | |
| Defendants : | |

### ORDER AND JUDGMENT

**AND NOW**, this 14th day of August 2014, **IT IS HEREBY ORDERED THAT**:

1. Plaintiffs' motion for default judgment (Doc. No. 11) is **GRANTED**;

2. Defendants Kujo Long LLC, Stephen G. Kujovsky and Lonnie M. Long and their agents, servants, employees and all persons acting under their permission or authority shall be permanently enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by Broadcast Music, Inc.;

3. Defendants are **ORDERED** to pay statutory damages in the amount of $2,000 for each of the twelve violations, for a total of $24,000, plus interest, pursuant to 17 U.S.C. § 504(c) and 28 U.S.C. § 1961;

4. Defendants are **ORDERED** to pay attorneys' fees of $3,330.00 and costs of $619.30; and

5. **Default Judgment** is hereby entered in favor of Plaintiffs and the Clerk of Court is directed to close the case.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
